UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-4000 DDP (FFM) | Date | July 9, 2013 |
|---|---|---|---|
| Title | CEDRICK R. KERN v. CAROLYN W. COLVIN, Acting Commissioner of Social Security | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None Present | None Present | |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PROOF OF SERVICE WAS NOT TIMELY FILED

    The Court has reviewed its own files and records and notes plaintiff failed to timely submit a Proof of Service of Summons and Complaint by July 2, 2013, as required by the Court's Case Management Order.

    Plaintiff is ordered to show cause in writing within 7 days of the date of this minute order why this matter should not be dismissed for failure to prosecute. A properly completed proof of service will be deemed sufficient compliance with this order.

                                                                                               : _____

                                                     Initials of Preparer        JM