1

2

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10                         **CENTRAL DISTRICT OF CALIFORNIA**

11

CEDRICK KERN,                     )    NO. CV 13-4000-AS
12                                )
                 Plaintiff,       )
13                                )    **JUDGMENT**
           v.                     )
14                                )
CAROLYN W. COLVIN,                )
15   Acting Commissioner of Social )
     Security,                    )
16                                )
                                  )
17               Defendant.       )
     _____)
18

19

20       IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED

21   and that the above-captioned action is dismissed with prejudice.

22

23       DATED:  August 15, 2014.

24

25

26                              /s/
                       _____
27                     ALKA SAGAR
                       UNITED STATES MAGISTRATE JUDGE
28